IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO OSCAR TATUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:12-cv-95-ECM |
| | ) |
| MONTGOMERY COUNTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On April 6, 2020, Plaintiff Antonio Oscar Tatum filed a pleading entitled "Notice of Appeal Pursuant Too (sic): Fraud, Waste, and Abuse." The case number in the caption of the pleading references a case that was closed in June 2012 and from which no appeal was taken. It also references individuals who were not parties to this case. The Court therefore deems it appropriate to direct the Clerk to open a new civil action and docket the document entitled Notice of Appeal as the complaint. It also appears that the Plaintiff is currently incarcerated in the Federal Bureau of Prisons and seeks to proceed *in forma pauperis*. In light of the foregoing, and for good cause, the Clerk of the Court is DIRECTED to:

1. Open a new case and place the referenced document in the newly opened case as the complaint in such action listing Montgomery County, Montgomery County Detention Facility, Montgomery County Sheriff Department, City of Montgomery, Montgomery City Jail, State of Alabama, Alabama Department of Corrections and Alabama State Troopers as defendants in the newly opened case.

2. Assign the newly opened case in accordance with this Court's normal assignment procedures.

3. Docket the pleading entitled "Notice of Appeal" as the complaint and place a copy of this order in the newly opened case file.

4. Refer this case to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

DONE this 13th day of April, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE