IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

ANTONIO OSCAR TATUM
Plaintiff

RECEIVED
2020 APR -6 P 12:31
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

VS.

CASE NO.: 2:12-CV-95

**2:20-cv-00241-WHA-SMD**

MONTGOMERY COUNTY,
MONTGOMERY COUNTY DETENTIONAL FACILITY,
MONTGOMERY COUNTY SHERIFF DEPARTMENT,
CITY OF MONTGOMERY
MONTGOMERY CITY JAIL
MONTGOMERY POLICE DEPARTMENT
STATE OF ALABAMA
ALABAMA DEPARTMENT OF CORRECTIONS (A.D.O.C.)
(Kilby A.D.O.C.; Draper A.D.O.C.; Bullock A.D.O.C.; Easterling A.D.O.C.)
ALABAMA STATE TROOPERS DEPARTMENT
Defendant

## NOTICE OF APPEAL
PURSUANT TOO: FRAUD, WASTE, AND ABUSE

COME(S) NOW, I, Plaintiff, ANTONIO OSCAR TATUM, FOR THE
ABOVE CAUSE, MOVED THIS COURT TO NOTIFY, A NOTICE
OF APPEAL, PURSUANT TOO: MEDICAL FRAUD, and also
PURSUANT TOO: FRAUD, WASTE, AND ABUSE

GROUNDS:

1) FRAUD, WASTE, AND ABUSE DO-NOT HAVE STATUES OF LIMITATIONS (Grounds for Appeal)

2) MEDICAL FRAUD will be a ground for Appeal Also Medicare Fraud and How that fraud relates to the False Claim Act 18 U.S.C. § 1001

DONE THIS 31st Day of March 2020

*Antonio Oscar Tatum*
Antonio Oscar Tatum
Register # 17503-002
U.S.P. ATLANTA
P.O. BOX 150160
ATLANTA, GA 30315

ANTONIO OSCAR TATUM.
Register #17503-002
U.S.P. Atlanta
P.O. Box 150160
ATLANTA, GA 30315

ATLANTA MET [LEGAL]
02 APR 2020 PM 6 L

UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET

Montgomery, ALABAMA 36104
36104-401601

LEGAL
MAIL