IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

ANTONIO OSCAR TATUM, )
   Plaintiff, )
)
)
V. ) CIVIL ACTION NO.
) 2:20-CV-241-WHA
)
MONTGOMERY COUNTY, et al., )
   Defendants. )

**RECEIVED**
2020 JUN 17 A 10: 14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOTION FOR INFORMATION PURSUANT
TO: THE FREEDOM OF INFORMATION ACT; AND
MOTION FOR MONETARY RELIEF (PUNITIVE
DAMAGES) PURSUANT TO: TORT LAW AND STRICT
LIABILITY

COME(S) NOW, I, Plaintiff, ANTONIO OSCAR TATUM, IN Pro-SE, and Moved this court for the above cause and matter. I, Plaintiff, ANTONIO OSCAR TATUM, will like to recieve information pursuant to the freedom of information act, so I can provide to this court proper and all true information under "Oath", by filing information (Said info) to this Court, Therefore, doing so I can seek monetary relief (punitive Damages) pursuant to the tort law and strict liability.

Grounds:

1) I filed a criminal complaint to the United States Department of Justice, Office of the Inspector General, Investigation Division, 950 Pennsylvania Avenu NW, Washington, DC 20530, On or about October 1st 2019, by mail (I mailed a written Criminal Complaint) for the same allegations (Medical Fraud; and Rape 1st); Fraud, Waste, and abuse.

2) I wrote back to the United States Department of Justice (OIG) for status of the criminal complaint, they responded back in a written statement. Replying: they past my complaint on to other investigation divisions, (United State Department of Justice, Federal Bureau of Prisons, Office of Internal Affairs, 320 first St. NW, Room 600, Washington, DC 20534) and (United States Department of Justice, United States Marshals Service, Internal Affairs, Office of Professional Responsibility, 15th Floor, Washington, DC 20530)

3) On or about January 1st 2020, I filed another criminal complaint about the same alligations to the United States Department of Justice, United States Marshals Service, Internal Affairs, Office of Professional Responsibility, 15th Floor, Washington, DC 20530.

4) I wrote back on or about Jan 15th 2020 for status and Address, They're where no-reply

5) I wrote back agian to the U.S.D.O.J.(OIG); and let them know I filed a civil complaint and give (enclosed) a copy of the Civil Action No. 2:12-cv-95 Order that was made by Chief Judge Emily Mark's this years on that case-cv-No 2:12-cv95 and give them my new civil action No

Page 2 of 3

2:20-cv-241-WHA, and let them know I would be filing for information (Motion for Information) Pursuant to the freedom of Information act from these offices, So I can proceed with this civil action and also let them know I would name more people in this civil action, and I Think, If I'am not misstaken claim (file) for more alligations too. (add more alligations).

6) I will like information for this civil Action No. 2:20-cv-241-WHA, So, I can name more defendant's and bring up more alligations if needed, and So I can provide to this court proper and all true information under "Oath", by filing information form the investigations divisions, named in this motion, and seek monetary relief.

7) However, Which is posible!. Therefor, I will like this court to grant both (these 2 (two)) motion, for my Justice, Intergity, and equality

8) I seek monetary relief (punitive Damages) for violation of the tort law which is strict liability. I sustain Bodily injuries from the Rape 1st Degree (tort) which is strict liability, And Medical Fraud too, and more!!!

DONE this the 12th Day of JUNE, 2020.

Sincerely,
*Antonio Oscar Tatum*
Antonio Tatum

Antonio Oscar Tatum
Register No # 17503-002
U.S.P. ATLANTA
P.O. Box 150160
ATLANTA, GEORGIA 30315



LEGAL MAIL

15 JUN 2020 PM 11 L



LEGAL MAIL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104